# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| | |
|---|---|
| Case No. | LA CV 11-4158 JAK (SPx) |
| Title | Robert Hunt v. EOS CCA |
| Date | August 26, 2011 |

Present: The Honorable **JOHN A. KRONSTADT, UNITED STATES DISTRICT JUDGE**

| Andrea Keifer | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:** (IN CHAMBERS) ORDER SETTING ORDER TO SHOW CAUSE RE DISMISSAL

On August 23, 2011, plaintiff filed a "Notice of Settlement" [8]. The Court sets an Order to Show Cause re Dismissal for October 3, 2011 at 8:30 a.m. If the parties file a dismissal by September 29, 2011, the matter will be taken off calendar and no appearance by counsel will be required on October 3, 2011.

The Scheduling Conference set for September 26, 2011 is hereby vacated.

**IT IS SO ORDERED.**

|   |   | 00 | : | 00 |
|---|---|---|---|---|
| | Initials of Preparer | ak | | |